# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 7, 2022

### NO. 03-22-00254-CV

**Kirsten Hanna, Upside Up Properties, LLC, and Upside Up Ventures, Inc., Appellants**

**v.**

**M. Matthew Williams; David Howell; Law firm of M. Matthew Williams; Leighton, Williams, Adkinson, & Brown, PLLC; and Leighton, Michaux, Adkinson, & Brown, PLLC, Appellees**

---

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
AFFIRMED IN PART, REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE BAKER**

---

This is an appeal from the two orders signed by the trial court on July 28, 2021, and the one order signed by the trial court on June 10, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's July 28, 2021 order granting the TCPA motion of the Williams Parties. Therefore, the Court affirms in part that order but reverses the portion of the order that awarded the Williams Parties attorney's fees and remand that issue for a redetermination of fees. We affirm the remainder of that order, affirm the trial court's July 28, 2021 order granting the TCPA motion of the Leighton Parties, and affirm the trial court's June 10, 2022 order denying Hanna's application for attorney's fees. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.